UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

EDWARD GORDON NEWHOUSE,

        Petitioner,         Case No. 2:20-cv-19

v.         Honorable Paul L. Maloney

DANIEL LESATZ,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: February 28, 2020          /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge