UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

EDWARD GORDON NEWHOUSE,

        Petitioner,               Case No. 2:20-cv-19

v.                                    Honorable Paul L. Maloney

DANIEL LESATZ,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases because the claims Petitioner raises are barred by procedural default.


Dated:  February 28, 2020                      /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge